Exhibit F

ORIGINAL-WHITE    DUPLICATE-YELLOW    TRIPLICATE-PINK
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

**E 525977**

RECEIVED FROM    at _Asian Amer. Legal Def_

_04-cv 8987 (LBS)_

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE | | Cash | Check | M.O. | Credit | DEPUTY CLERK: |
|---|---|---|---|---|---|---|
| | 20 | | | | | |

Exhibit G

# TOBY FELDMAN
## INCORPORATED
### NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS

07/15/05

Asian American Legal Defense
99 Hudson Street
12th Floor
New York          NY      10013
Kenneth Kimerling, Esq.

Customer #: 4852A

Invoice #: 0040104-IN

    Doo Nam Yang v. ACBL Co.

    Original & 2
    6/21/05
    Hyung Park        38 pages
    Han Sung Lee     129 pages
    condensed       complimentary
    ASCII           complimentary
    CD E-Transcript  complimentary

*Please pay* [signature: Ken]

*reduced to 1180.00*

1,221.75

### 30 YEARS PROVEN EXPERIENCE

One Penn Plaza . New York, New York 10119 . tel . 212.244.3990 . fax . 212.268.4828
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

Federal ID# 11-2742258    CREDIT CARDS ACCEPTED    2% per month on unpaid balance



Exhibit H

## FedEx Express Shipment Summary by Payor Type

| | Original |
|---|---|
| **Shipper** | |
| Number of Shipments | 3 |
| Transportation Charges | 47.15 |
| Special Handling Charges | 22.00 |
| **TOTAL** USD $ | 69.15 |

| | | |
|---|---|---|
| **Number of Shipments** | | 3 |
| **Total Charges** | USD $ | 69.15 |

| | | |
|---|---|---|
| **TOTAL SHIPMENTS** | | 3 |
| **TOTAL CHARGES** | USD $ | 69.15 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up:** Apr 04, 2005    **Payor:** Shipper    **Reference:** NO REFERENCE INFORMATION

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 10014 zip code
- Original address - 135 EAT 57TH ST 12TH FLRT/NEW YORK CITY,NY 10013
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | | | | |
|---|---|---|---|---|
| Tracking ID | 849357121549 | **Sender** | **Recipient** | |
| Service Type | FedEx Standard Overnight | ASIAN AMERICAN LEGAL DEFENSE | ENC STERN | |
| Package Type | FedEx Envelope | 99 HUDSON ST RM 12L | SACK & SACK   *Case Name* | |
| Zone | 2 | NEW YORK NY 10013-2869 US | 135 EAT 57TH ST 12TH FLRT   *Yang v. ACBL Corp.* | |
| Packages | 1 | | NEW YORK CITY NY 10022 US | |
| Weight | N/A | | | |
| Delivered | Apr 05, 2005  12:00 | Transportation Charge | | 11.45 |
| Svc Area | A1 | Fuel Surcharge | | 0.97 |
| Signed by | C.TISANO | Address Correction | | 10.00 |
| FedEx Use | 094200760/0000002/ | **Total Charge** | USD $ | 22.42 |

Exhibit I

July 13, 2005

Dear Lillian,

I am writing to submit a fee request for the case of Doo Nam Yang v. ACBL Co., Gold Lee Jewelry Corp., and Han Sung Lee, Case No. 04-CV-8987. The NYS Department of Labor has agreed to provide us copies of requested materials. There is a total of 56 pages, with a statutory charge of $.25 per page for copying. The amount is for $14.00 payable to the Commissioner of Labor. Please indicate on the check "Attn: Diane Wehner" along with "Case No. 05-0292."

Thank You,

Steven Choi

Pd. 7/15/05
#2768
$14

George E. Pataki, **Governor**

NYS Department of Labor
Workforce
New York
Put us to work for you

Linda Angello, **Commissioner**

July 27, 2005

Steven Choi, Director
Korean Workers Project
Asian American Legal Defense and Education Fund
99 Hudson Street, 12th Floor
New York, NY 10013-2815

        Re: Freedom of Information
           Law Request/Choi/Asian American Legal
           Defense and Education Fund
           Our File No. 05-0292

Dear Mr. Choi:

  This is to acknowledge receipt of the copying fee relative to the above matter.

  Pursuant to your Freedom of Information Law request, and as outlined in my correspondence dated July 8, 2005, enclosed please find copies of documents.

           Very truly yours,

           Jerome A. Tracy
           Records Access Officer

      By: *Diane Wallace Wehner*
         Diane Wallace Wehner
         Legal Assistant II

JAT:DWW:dmm
Enclosures
FL05292B

Phone: (518) 457-4380 Fax: (518) 485-1819
W. Averell Harriman State Office Campus, Bldg. 12, Room 509, Albany, NY 12240

www.labor.state.ny.us

usbdww@labor.state.ny.us

# INVOICE

655 Park Avenue – NYC, NY 10021
Phone: (212) 744-0875
Fax: (212) 744-1838
Beeper: (917) 813-1218
Email: ArienKim@aol.com

**Arien Kim Greene**

ATTN: Steven Choi, Ken Kimmerling
TO: Asian American Legal Defense

## BILLING INFORMATION:

DATE OF JOB: 6/21/05
LOCATION: 4 Times Sq Plaza
HOURS: FROM 10:00 a.m TO 4:52 p.m.
   FROM _____ TO _____
   FROM _____ TO _____
TRAVEL TIME: none
EXPENSES: X
RATE: $85.00 /hr

TOTAL DUE: $595.00

*Please pay!*
*Kin*

Pd. 7/25/05
#2785
$595 —

## JOB DESCRIPTION:

CASE NAME: Doo Nam Yang -ag-
ACBL Co., Gold Jewelry, Han Sung Lee
Han Sung Lee
DATE OF LOSS: X
WITNESS: Han Sung Lee, Hyung Yul Cho
FILE NUMBER: X
CLAIM NUMBER: X

Please feel free to contact me regarding any further questions.
Thank you.

ARIEN K. GREENE                                DATE: 6/22/05

# INVOICE

OK
s/h/c/r

655 Park Avenue – NYC, NY 10021
Phone: (212) 744-0875
Fax: (212) 744-1838
Beeper: (917) 813-1218
Email: ArienKim@aol.com

## Arien Kim Greene

ATTN: Steven Choi, E.S.Q., Ken Kimerling, Ph.D.
TO: Asian American Legal Defense –

**BILLING INFORMATION:**

DATE OF JOB: 11/02/05, 11/03/05

LOCATION: _____

HOURS:  FROM 9:00 a.m. TO 8:35 p.m.   6½
        FROM 11:00 a.m. TO 12:30 p.m.  1½
        FROM _____ TO _____
                                        8
                                      ×85
                                      ___
                                      680

TRAVEL TIME: /

EXPENSES: /

RATE: $85.–/hr

**TOTAL DUE:** $765.00

**JOB DESCRIPTION:**

CASE NAME: Doo Nam Yang –v–
ACBL Co., Gold Jewelry, Han Sung Lee

DATE OF LOSS: _____
WITNESS: _____
FILE NUMBER: _____        Doo Nam Yang
CLAIM NUMBER: _____

Please feel free to contact me regarding any further questions.
Thank you.

ARIEN K. GREENE                    DATE: 12/15/05